Quintin Phillippe JONES,
Petitioner–Appellant

v.

Rick THALER, DIRECTOR, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 09–70019.

United States Court of Appeals,
Fifth Circuit.

June 17, 2010.

Lydia M. Brandt, The Brandt Law Firm, Richardson, TX, for Petitioner–Appellant.

Jeremy Craig Greenwell, Office of the Attorney General, Law Enforcement Defense Div., Austin, TX, for Respondent–Appellee.

Before HIGGINBOTHAM, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

This appeal concerns the application of equitable tolling under the Antiterrorism and Effective Death Penalty Act.[1] Jones contends that his failure to timely file a federal habeas petition should be excused as his attorney's conduct was so deficient as to amount to an extraordinary circumstance warranting tolling. The district court dismissed his petition, finding that

under this court's jurisprudence, Jones was not entitled to tolling and that therefore his petition was time-barred. The Supreme Court recently spoke to the issues raised in this case in its opinion in *Holland v. Florida.*[2] In order to permit the district court first consideration of Jones's petition in light of the Court's holding in *Holland,* we VACATE and REMAND.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *See* 28 U.S.C. § 2244(d)(1)(A).

2. *Holland v. Florida,* —— U.S. ——, 130 S.Ct. 2549, 177 L.Ed.2d 130 (2010).